UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

Civil Action No. 06-106-HRW

RICKEY HOLLIE,                                                                                       PLAINTIFF,

v.                                                       **ORDER**

DENISE BLACK,                                                      DEFENDANT.

Rickey Hollie, an inmate at the Little Sandy Correctional Complex in Sandy Hook, Kentucky, filed, *pro se*, this civil rights action pursuant to 42 U.S.C. § 1983. Hollie alleges that Defendant, a nurse at the aforementioned facility, denied him medical attention, discriminated against him on the basis of race and retaliated against him for filing a grievance against her.

Defendant seeks summary judgement as to all claims filed against her by Plaintiff [Docket No. 30]. Plaintiff responded to the motion [Docket No. 35]. Consistent with local practice, the motion was referred to United States Magistrate Judge Edward B. Atkins for a report and recommendation.

Magistrate Judge Atkins has since issued a report and recommendation that Defendant's motion be sustained and that this matter be dismissed with prejudice

[Docket No. 36].

Plaintiff filed timely particularized objections [Docket No. 37].

The Court having reviewed the Objections, as well as the record, finds nothing therein which would contradict or call into question the Magistrate's findings and conclusions. The Objections are, essentially, a reiteration of the arguments set forth in Plaintiff's Complaint [Docket No. 1], Memorandum of Factual Presentation In Support [Docket No. 28] as well as his response to the dispositive motion [Docket No. 35]. Those arguments were considered and rejected by the Magistrate Judge and Plaintiff offers no additional argument or case law which would persuade this Court to differ with the Magistrate Judge's findings.

Thus, the Court shall adopt the report and recommendation as and for its own opinion.

Accordingly, **IT IS THEREFORE ORDERED AND ADJUDGED,**

1) that the Magistrate Judge's report and recommendation [Docket No. 36] is hereby, **APPROVED and ADOPTED** as for the opinion of the Court;

2) that in conformity therewith, the Defendant's Motion for Summary Judgment [Docket No. 30] is hereby **SUSTAINED**;

3) that this action is hereby **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket; and

4) there being no just cause for delay, that this is a **FINAL and APPEALABLE** Order.

This 23rd day of April, 2008.



Signed By:
Henry R. Wilhoit, Jr.
United States District Judge

_____
Henry R. Wilhoit, Jr., Senior Judge

3